# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN JUSTINE WIESNER,
Appellant,
vs.
DANIEL ALLAN WIESNER,
Respondent.

No. 65647

**FILED**

SEP 2 6 2016



## *ORDER DISMISSING APPEAL*

On July 28, 2014, this court entered an order denying without prejudice appellant's application to proceed in forma pauperis. The order instructed appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Maui K. Lindeman_

---

[1]In light of this disposition, any pending documents are rendered moot.

16-29763

cc: Hon. Kenneth E. Pollock, District Judge
   DeAnn Justine Wiesner
   Daniel Allan Wiesner
   Eighth District Court Clerk

